**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  James S Furr Jr. | : | Case No. 13-58849 |
| Deborah K Furr | | |
| | : | Chapter 13 |
| Debtor(s). | : | Judge CALDWELL |

**TRUSTEE'S OBJECTION TO CLAIM No. 15**
**FILED BY CITIFINANCIAL, INC.**

Now comes Faye D. English, Chapter 13 Trustee ("Trustee"), and objects to the proof of claim ("Claim No. 15") filed by Citifinancial, Inc., 3950 Regent Blvd., S2A-283, Irving, TX 75063-2242 on September 11, 2014, pursuant to 11 U.S.C. §502, Fed. R. Bankr. P. 3007, and LBR 3007-1. In support of her Objection, Trustee submits the following memorandum:

**MEMORANDUM IN SUPPORT**

Debtors filed this Chapter 13 case on November 7, 2013. Pursuant to the confirmed plan, Trustee commenced disbursements on Claim No. 15. To date, Trustee has disbursed a total of $3,544.45 on this claim (the "Amount Paid").

Trustee has been informed that the Creditor has forgiven the balance owed on the claim and is waiving its rights to further payments through the Chapter 13 plan. Trustee has received correspondence and/or returned disbursement checks from Creditor acknowledging this waiver.

Wherefore, the Trustee respectfully requests that this Court enter an order allowing Claim No. 15 in the Amount Paid above, disallowing any remaining balance due on the claim, and granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Faye D. English
Faye D. English, Chapter 13 Trustee
10 West Broad St., Ste. 900
Columbus, OH 43215
(614) 420-2555
(614) 420-2550 (fax)
Faye.english@ch13columbus.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Objection to Claim was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Date: March 8, 2016                     /s/ Faye D. English
                                        Faye D. English


By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Christopher John Spiroff, Esq., Attorney for Debtors

By ordinary U.S. mail addressed to:

| | |
|---|---|
| James S. Furr Jr.<br>Deborah K. Furr<br>64 Anna Way<br>Johnstown, OH 43031 | Citifinancial<br>P.O. Box 183172<br>Columbus, OH 43218-3172 |
| Citifinancial, Inc.<br>3950 Regent Blvd., S2A-283<br>Irving, TX 75063-2244 | Citifinancial, Inc.<br>3950 Regent Blvd.<br>Irving, TX 75063-2244 |

## NOTICE OF OBJECTION TO CLAIM

The Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to reduce, modify or eliminate your claim, then on or before **thirty (30) days from the date set forth in the certificate of service for the objection to claim**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to:

Clerk, U.S. Bankruptcy Court
170 North High St.
Columbus, Ohio  43215

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the date above.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

Faye D English
Chapter 13 Trustee
10 West Broad St., Ste. 900
Columbus, OH 43215

United States Trustee
170 North High St., Suite 200
Columbus, Ohio  43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying or eliminating your claim.

/s/ Faye D. English
Faye D. English, Chapter 13 Trustee
10 West Broad St., Ste. 900
Columbus, OH 43215
(614) 420-2555
(614) 420-2550 (fax)
faye.english@ch13columbus.com