**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: April 14, 2016**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:  James S. Furr Jr.<br>Deborah K. Furr | : | Case No. 13-58849 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge CALDWELL |

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #15 (Doc. 69)

The matter before the Court is the Trustee's Objection to Claim #15 of Citifinancial, Inc., (Doc. 69) filed by Faye D. English, Chapter 13 Trustee. The Court finds that the Trustee's Objection was properly served, and no responsive pleading has been filed. The Court finds that the Trustee's Objection is well-taken, and it is therefore sustained. Claim #15 filed by Citifinancial, Inc., is hereby allowed in the amount of $3,544.45 (the "Amount Paid"). Any remaining balance is disallowed.

IT IS SO ORDERED.

Copies to Default List and:

Citifinancial, Inc.
3950 Regent Blvd., S2A-283
Irving, TX 75063-2244

Citifinancial
P.O. Box 183172
Columbus, OH 43218-3172

Citifinancial, Inc.
3950 Regent Blvd.
Irving, TX 75063-2244

###